IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO.: 1:13-CV-1127 |
| $2,153, 274.60 SEIZED FROM ) | |
| WELLS FARGO BANK ) | |
| ACCOUNT NO. XXXXXX8994 ) | |
| (FORMERLY ) | |
| XXXXXXXXXXXX3766); ) | |
| $1,697,085. 05 SEIZED FROM ) | |
| JP MORGAN CHASE BANK ) | |
| ACCOUNT NO. XXXXX6592; ) | |
| $165,923.46 SEIZED FROM ) | |
| JP MORGAN CHASE BANK ) | |
| ACCOUNT NO. XXXXX2249; ) | |
| $45,381.45 SEIZED FROM ) | |
| JP MORGAN CHASE BANK ) | |
| ACCOUNT NO. XXXXXX9680; ) | |
| $67,515.07 SEIZED FROM ) | |
| WELLS FARGO BANK ) | |
| ACCOUNT NO. XXXXXX9000; ) | |
| $30,140.01 SEIZED FROM ) | |
| WELLS FARGO BANK ) | |
| ACCOUNT NO. XXXXXXX9018; ) | |
| $26,035.67 SEIZED FROM ) | |
| WELLS FARGO BANK ) | |
| ACCOUNT NO. XXXXXX8978; ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**VERIFIED CLAIM OF MAURICIO WARNER**

**COMES NOW MAURICIO WARNER,** Claimant, by and through his undersigned counsel, and files his Claim pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims and in response to the Complaint for Forfeiture filed by the United States of America. In support of this Claim, Claimant shows as follows:

1.

Claimant is the owner of an undivided interest in the bank accounts and the funds contained in these bank accounts identified in the Complaint for Forfeiture in the above action, as more particularly described as follows:

- $2,153, 274.60 seized from Wells Fargo Bank Account No. xxxxxx8994 (formerly xxxxxxxxxxxx3766);

- $1,697,085. 05 seized from JP Morgan Chase Bank Account No. xxxxx6592;

- $165,923.46 seized from JP Morgan Chase Bank Account No. xxxxx2249;

- $45,381.45 seized from JP Morgan Chase Bank Account No. xxxxxx9680;

- $67,515.07 seized from Wells Fargo Bank Account No. xxxxxx9000;

- $30,140.01 seized from Wells Fargo Bank Account No. xxxxxxx9018; and

- $26,035.67 seized from Wells Fargo Bank Account No. xxxxxx8978.

2.

The above bank accounts were not, directly or indirectly, used or intended for use in any manner to facilitate a violation of federal law. Further, the funds contained within these bank accounts are not the proceeds of any unlawful activity.

3.

Claimant respectfully shows that the bank accounts and the funds contained within these bank accounts sought to be forfeited are not subject to forfeiture as to Claimant, and should be returned to Claimant.

**WHEREFORE**, Claimant respectfully prays that:

a) His verified claim be filed;

b) The bank accounts and the funds contained with these bank accounts be found not subject to forfeiture; and

c) The banks accounts and funds contained within these bank accounts be returned to Claimant as a rightful owner.

**This, the 8th day of May, 2013.**

                Respectfully submitted,

                s/ *Howard Jarrett Weintraub*
                HOWARD JARRETT WEINTRAUB
                Georgia Bar No. 746456
                Attorney for Mauricio Warner

                s/ *Benjamin Black Alper*
                BENJAMIN BLACK ALPER
                Georgia Bar No. 940406
                Attorney for Mauricio Warner

LAW OFFICES OF HOWARD J. WEINTRAUB, P.C.
1355 Peachtree Street, N.E.
Suite 1250
Atlanta, Georgia 30309
404.892.2000 (Telephone)

404.892.2040 (Facsimile)
law@howardjweintraubpc.com
C:\HJW\Client\M\Warner\ForfeitureClaim

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO.: 1:13-CV-1127 |
| $2,153, 274.60 SEIZED FROM ) | |
| WELLS FARGO BANK ) | |
| ACCOUNT NO. XXXXXX8994 ) | |
| (FORMERLY ) | |
| XXXXXXXXXXXX3766); ) | |
| $1,697,085. 05 SEIZED FROM ) | |
| JP MORGAN CHASE BANK ) | |
| ACCOUNT NO. XXXXX6592; ) | |
| $165,923.46 SEIZED FROM ) | |
| JP MORGAN CHASE BANK ) | |
| ACCOUNT NO. XXXXX2249; ) | |
| $45,381.45 SEIZED FROM ) | |
| JP MORGAN CHASE BANK ) | |
| ACCOUNT NO. XXXXXX9680; ) | |
| $67,515.07 SEIZED FROM ) | |
| WELLS FARGO BANK ) | |
| ACCOUNT NO. XXXXXX9000 ) | |
| $30,140.01 SEIZED FROM ) | |
| WELLS FARGO BANK ) | |
| ACCOUNT NO. XXXXXXX9018; ) | |
| $26,035.67 SEIZED FROM ) | |
| WELLS FARGO BANK ) | |
| ACCOUNT NO. XXXXXX8978; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## VERIFICATION

I declare under penalty of perjury pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct.

Executed on: 5-1-13

*Mauricio Warner*

MAURICIO WARNER

## **CERTIFICATE OF COMPLIANCE**

This is to certify that to the best of my knowledge this document has been prepared with one of the font and point selections approved by the Court in LR 5.1B, pursuant to LR 7. Specifically, the above-mentioned document has been prepared using Times New Roman font, 14 point.

**This, the 8th day of May, 2013.**

                                     s/ *Howard Jarrett Weintraub*
                                     HOWARD JARRETT WEINTRAUB
                                     Georgia Bar No.: 746456
                                     Attorney for Mauricio Warner

LAW OFFICES OF HOWARD J. WEINTRAUB, P.C.
1355 Peachtree Street, N.E.
Suite 1250
Atlanta, Georgia 30309
404.892.2000 (Telephone)
404.892.2040 (Facsimile)
law@howardjweintraubpc.com
C:\HJW\Client\M\Warner\CertificateOfCompliance

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                   )<br>                        Plaintiff,                      )<br>                                                                   )<br>            vs.                                                 )<br>                                                                   )<br>$2,153, 274.60 SEIZED FROM             )<br>WELLS FARGO BANK                           )<br>ACCOUNT NO. XXXXXX8994           )<br>(FORMERLY                                              )<br>XXXXXXXXXXXX3766);                       )<br>$1,697,085. 05 SEIZED FROM             )<br>JP MORGAN CHASE BANK                 )<br>ACCOUNT NO. XXXXX6592;             )<br>$165,923.46 SEIZED FROM                 )<br>JP MORGAN CHASE BANK                 )<br>ACCOUNT NO. XXXXX2249;             )<br>$45,381.45 SEIZED FROM                   )<br>JP MORGAN CHASE BANK                 )<br>ACCOUNT NO. XXXXXX9680;           )<br>$67,515.07 SEIZED FROM                   )<br>WELLS FARGO BANK                           )<br>ACCOUNT NO. XXXXXX9000;           )<br>$30,140.01 SEIZED FROM                   )<br>WELLS FARGO BANK                           )<br>ACCOUNT NO. XXXXXXX9018;         )<br>$26,035.67 SEIZED FROM                   )<br>WELLS FARGO BANK                           )<br>ACCOUNT NO. XXXXXX8978;           )<br>                                                                   )<br>                        Defendants.                  )<br>_____) | CASE NO.: 1:13-CV-1127 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 8, 2013, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Assistant United States Attorney Stephen McClain, Stephen.McClain@usdoj.gov

Assistant United State Attorney Thomas Krepp, Thomas.Krepp@usdoj.gov

Respectfully submitted,

/s *Howard Jarrett Weintraub*
HOWARD JARRETT WEINTRAUB
Georgia Bar No. 746456
Attorney for Mauricio Warner

LAW OFFICES OF HOWARD J. WEINTRAUB, P.C.
1355 Peachtree Street, N.E.
Suite 1250
Atlanta, Georgia 30309
404.892.2000 (Telephone)
404.892.2040 (Facsimile)
law@howardjweintraubpc.com
C:\HJW\Client\M\Warner\CertService